IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

02 OCT 18 PM 3:25

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) CIVIL NO. 97-1639 MV/LFG
)
ROBERT L. LINDSAY, )
)
Defendant. )

SATISFACTION OF JUDGMENT

The United States of America acknowledges satisfaction of judgment entered on May 28, 1998. The compromised payment in the amount of $9,000.00 has been made as payment in full.

DAVID C. IGLESIAS
United States Attorney

HOWARD R. THOMAS
Assistant U. S. Attorney
P. O. Box 607
Albuquerque, New Mexico 87103
(505) 224-1413

14